AO 93   (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises Known as:
4231 Logan Avenue Apartment F
San Diego, California 92113

**FILED**
08 AUG 28 PM 2:47

**SEARCH WARRANT**

BY: _____ DEPUTY

Case Number: **'08 MJ 2597**

TO: __Any Special Agent of the Federal Bureau of__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by   __FBI Special Agent Murry T. Streetman__   who has reason to believe
                                                                Affiant

that  ☐ on the person of, or  x  on the premises known as (name, description and/or location)

4231 Logan Avenue Apartment F
San Diego, California 92113
Further described in Attachment A

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B
which are the fruits, evidence and instrumentalities concerning a violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii)(Harboring Aliens); 1324(a)(1)(A)(ii)(Transportation of Aliens; and Conspiracy to Harbor and Transport Aliens in violation of Title 8, U.S.C. Section(s) 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(ii).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9/1/08__
                                                                                      Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  x  in the daytime — 6:00 AM to 10:00 P.M.  ☐ ~~at anytime in the day or night as I find reasonable cause has been established~~  and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**  as required by law.

__8/22/08 at 12:07pm__    at    **SAN DIEGO, CALIF.**
Date and Time Issued                          City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**                    Signature of Judicial Officer
Name and Title

| RETURN | | Case Number: 281J-SD-69692 |
|---|---|---|
| DATE WARRANT RECEIVED 8/22/2008 | DATE AND TIME WARRANT EXECUTED 8/26/2008  6:15 A.M | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Luz Ester ROMAN (spouse) |
| INVENTORY MADE IN THE PRESENCE OF SA Amanda J Culver and SA Albert Scott | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Hector's Mexican passport, Misc. documents, cell phone
Assorted paperwork with phone numbers
Three cellular Telephones, Misc. documents
Green leafy substance from kitchen
White powdery substance from kitchen
assorted compact disks
assorted documents
$ 3,500 U.S
Misc documents
Two cell phones

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   8/28/08
U.S. Judge or Magistrate            Date